R&R pursuant to 11(c)(1)(C) 9/28/2011

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



UNITED STATES OF AMERICA

vs.                                    Case No.  17-30014

THEODORE RICHARD

### REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11(c)(1)(C), Fed. R. Crim. P. and CDIL Rule 72.1(A)(24).  The Defendant conditionally entered a plea of guilty to the Indictment pursuant to Rule 11(c)(1)(C).  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the conditional guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of such offense.  I therefore recommend that the conditional plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly. The Court defers a recommendation of acceptance or rejection of the Plea Agreement until the District Judge has had an opportunity to review the Presentence Report.

__10/13/2017__                                         s\ Tom Schanzle-Haskins
    Date                                            TOM SCHANZLE-HASKINS
                                                            UNITED STATES MAGISTRATE JUDGE

### NOTICE
Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service, being the Court's electronic service, shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).